```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                             Case No. 18-04265-RNO
Bridget A. Walker                                                  Chapter 13
       Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-5            User: TWilson             Page 1 of 1            Date Rcvd: Jul 11, 2019
                                Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             #+Bridget A. Walker,   5535 Westlawn Avenue Apt 330,   Los Angeles, CA 90066-7081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Bridget A. Walker
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**BRIDGET A. WALKER**             BK. No. 5:18-04265 RNO
**AKA BRIDGET AMANDA WALKER**
**AKA BRIDGET WALKER**           Chapter No. 13
        **Debtor**

**FREEDOM MORTGAGE CORPORATION**
        **Movant**          :
        v.          :     11 U.S.C. §362
**BRIDGET A. WALKER**         :
**AKA BRIDGET AMANDA WALKER**
**AKA BRIDGET WALKER**
        and
**CHARLES J. DEHART, III, ESQUIRE**
**(TRUSTEE)**

        **Respondent**

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 1359 MADISON AVE, POCONO SUMMIT, PA 18346.**

Upon consideration of Motion of **FREEDOM MORTGAGE CORPORATION** (Movant), after notice and opportunity for a hearing, it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1359 MADISON AVE, POCONO SUMMIT, PA 18346 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of
record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

Dated: July 11, 2019            By the Court,

                             *Robert N. Opel II*
                             Robert N. Opel, II, Chief Bankruptcy Judge  (PAR)