United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-04265-MJC
Bridget A. Walker  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 08, 2023      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bridget A. Walker, 5535 Westlawn Avenue Apt 330, Los Angeles, CA 90066-7081 |
| cr | + | FNCB Bank, f/k/a First National Community Bank, 100 S. Blakely Street, Dunmore, PA 18512-2239 |
| 5117342 | | CAPITAL ONE/CABELAS, C/O ALLTRAN FINANCIAL LP, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |
| 5117346 | + | FNCB BANK, 102 EAST DRINKER STREET, DUNMORE, PA 18512-2432 |
| 5117351 | | POCONO MEDICAL CENTER, C/O NATIONAL RECOVERY, 2491 PAXTON ST, HARRISBURG, PA 17111-1036 |
| 5117352 | | SANOFI US GROUP SAVINGS PLAN, C/O T ROWW PRICE, PO BOX 17349, BALTIMORE, MD 21297-1349 |
| 5117355 | + | SLETS-LIFESTAR, PO BOX 5386, BETHLEHEM, PA 18015-0386 |
| 5117356 | + | ST LUKES, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5117357 | + | ST LUKES EMERG PHYS SPECIALISTS, PO BOX 5386, BETHLEHEM, PA 18015-0386 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 08 2023 23:47:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5117340 | | EDI: CAPITALONE.COM | Dec 08 2023 23:47:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5117341 | | Email/Text: mediamanagers@clientservices.com | Dec 08 2023 18:51:00 | CAPITAL ONE BANK, C/O CLIENT SERVICES, 3451 HARRY S TRUMAN BLVD, SAINT CHARLES, MO 63301-4047 |
| 5117343 | + | EDI: PRA.COM | Dec 08 2023 23:47:00 | CAPITAL ONE/CABELAS, C/O PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 5117344 | + | Email/Text: bknotice@ercbpo.com | Dec 08 2023 18:51:00 | COMCAST CABLE COMMUNICATIONS, C/O ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5117345 | | EDI: WFNNB.COM | Dec 08 2023 23:47:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5127898 | | EDI: CAPITALONE.COM | Dec 08 2023 23:47:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5117347 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 08 2023 18:51:00 | FREEDOM MORTGAGE, PO BOX 619063, DALLAS, TX 75261-9063 |
| 5139765 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 08 2023 18:51:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5117348 | ^ | MEBN | Dec 08 2023 18:45:38 | HAYT HAYT & LANDAU LLC, MERIDIAN CENTER 1, 2 INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724-2279 |
| 5117349 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 08 2023 18:51:00 | LOANCARE SERVICING CTR, 3637 SENTARA WAY, VIRGINIA BEACH, VA |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5180053 | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 08 2023 18:51:00 | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5137696 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2023 18:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5117350 | + | EDI: AGFINANCE.COM | Dec 08 2023 23:47:00 | ONEMAIN, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 5127207 | + | EDI: AGFINANCE.COM | Dec 08 2023 23:47:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5174906 | | EDI: PRA.COM | Dec 08 2023 23:47:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5174907 | | EDI: PRA.COM | Dec 08 2023 23:47:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5133400 | | EDI: PRA.COM | Dec 08 2023 23:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5117740 | + | EDI: RECOVERYCORP.COM | Dec 08 2023 23:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5131067 | | EDI: Q3G.COM | Dec 08 2023 23:47:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5117353 | | Email/Text: mediamanagers@clientservices.com | Dec 08 2023 18:51:00 | SEARS, C/O CLIENT SERVICES, 3451 HARRY S TRUMAN BLVD, SAINT CHARLES, MO 63301-4047 |
| 5117354 | + | EDI: CITICORP | Dec 08 2023 23:47:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 5117358 | | EDI: SYNC | Dec 08 2023 23:47:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5117359 | | EDI: CCS.COM | Dec 08 2023 23:47:00 | TRAVELERS INSURANCE COMPANY, C/O CCS, PO BOX 607, NORWOOD, MA 02062-0607 |
| 5138911 | | EDI: AIS.COM | Dec 08 2023 23:47:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

(continuation row at top: 23452-4262)

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eugene C Kelley | on behalf of Creditor FNCB Bank f/k/a First National Community Bank ekelley@kpwslaw.com, abartoli@kpwslaw.com;emk@kpwslaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Bridget A. Walker lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Bridget A. Walker | | Social Security number or ITIN: xxx–xx–6487 <br> EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | | Social Security number or ITIN: ____ <br> EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:18-bk-04265-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bridget A. Walker
aka Bridget Amanda Walker, aka Bridget Walker

12/8/23

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**